# United States Court of Appeals
## For the First Circuit

No. 05-2246

JOSE QUINONES,

Plaintiff, Appellant,

v.

HOUSER BUICK,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on February 2, 2006 is amended as follows:

Cover sheet:   Insert [Hon. Kenneth P. Neiman, U.S. Magistrate Judge] and delete [Hon. Michael A. Ponsor,  U.S. District Judge]